PEOPLE v. ROBBINS. (Supreme Court, Appellate Division, First Department. June, 1896.) Proceeding against Darius Robbins. No opinion. Motion granted, with $10 costs.